ACCEPTED
01-15-00371-CV
FIRST COURT OF APPEALS
HOUSTON, TEXAS
12/18/2015 10:48:47 AM
CHRISTOPHER PRINE
CLERK

## NO. 01-15-00371-CV

### IN THE FIRST COURT OF APPEALS

### FOR THE STATE OF TEXAS

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
12/18/2015 10:48:47 AM
CHRISTOPHER A. PRINE
Clerk

**DANIEL SHOEMAKER**
*Appellant*

**V.**

**CAMILLE LATOUR**
*Appellee*

**On Appeal From County Court at Law Number Four of Travis County Texas**

### APPELLANT'S UNOPPOSED MOTION TO FILE AMENDED BRIEF

**CHRISTOPHER BEAN & ASSOCIATES**
**Attorney for Appellant**

**Brian Buster**
**SBN: 24082757**
**Christopher Bean**
**SBN: 24012263**
**1301 S IH-3 5 N, Suite 105**
**Austin, Texas 78741**
**TEL: (512)-916-9956**
**FAX: (512)-669-5282**

**TRAVIS COUNTY ATTORNEY**
**Attorney for Appellee**

**Hilary L. Riley**
**SBN: 24013404**
**P.O. Box 1748**
**Austin, Texas 78767**
**TEL: (512)-854-4163**
**FAX: (512)-854-9570**

TO THE HONORABLE FIRST COURT OF APPEALS:

1.      Pursuant to TEX. R. APP. P. §38.7, the Appellant, Daniel Shoemaker, files this Unopposed Motion to File Amended Brief.

2.      Appellant's opening brief was filed with this Court on October 5, 2015.

3.      Counsel for Appellant requests that this Court allow Appellant to file an amended brief in this cause.

4.      The attached amended brief is substantively exactly the same as the brief filed with this Court on October 5, 2015, but Counsel for Appellant noticed that the page numbers in the brief did not correspond to the table of contents due to a formatting error and that the appendix required by TEX. R. APP. P. §38.1 was missing. Appellant respectfully asks to file this amended brief to comply with TEX. R. APP. P. §38.1 and to make the brief more coherent with regard to matching page numbers. Again, nothing substantive in Appellant's arguments and authorities has changed.

5.      The undersigned has conferred with opposing counsel, and she has indicated that she does not oppose this motion.

6.      All facts recited in this motion are within the personal knowledge of Counsel for Appellant, therefore no verification is necessary under TEX. R. APP. P. §10.2

### PRAYER FOR RELIEF

For the reasons set forth above, Appellant requests that this Court grant this Unopposed Motion to File Amended Brief and accept the Amended Brief and Appendix A provided with this Motion. Appellant further requests that this Court grant all other relief to which he may be justly entitled.

[SIGNATURE ON FOLLOWING PAGE]

Respectfully submitted,

/s/ Brian Buster
Brian Buster
State Bar No. 24082757
1301 S IH-35 N, Suite 105
Austin, TX 78741
TEL: (512)-916-9956
FAX: (512)-669-5282
brian@christopherbeanlaw.com

## CERTIFICATE OF CONFERENCE

I certify that I conferred with counsel for Appellee regarding this motion and that Appellee is not opposed to this motion.

/s/ Brian Buster
Brian Buster

## CERTIFICATE OF SERVICE

I certify that on this ___18___ day of _____December_____, 2015, a true and correct copy of this motion was sent to opposing counsel in accordance with the Rules of Appellate Procedure.

/s/ Brian Buster
Brian Buster